UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MEKNAT MOHAMMAD,
A-045-647-634,

        Petitioner,

    v.

CHRISTOPHER CHESTNUT, et. al.,

        Respondents.

No.  1:26-cv-01139-DAD-DMC-HC

ORDER

Petitioner, an immigration detainee proceeding with counsel, filed an amended petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241. See ECF No. 11.

In consideration of the appointment for counsel, the undersigned will deem the amended petition, ECF No. 11, as the operative petition, direct the Clerk of the Court to update the docket to reflect the newly named Respondents, vacate the prior briefing schedule, and reset briefing deadlines herein.

Accordingly, it is HEREBY ORDERED that:

1.     The Clerk of the Court is directed to terminate Warden of the California City Detention Facility as Respondent and add the newly named Respondents, sued in their official capacity: Christopher Chestnut, Orestes Cruzz, Todd Lyons, Kristi Noem, and Pamela Bondi. See ECF No. 11, pgs. 3-4.

1

2.	The briefing schedule set in ECF No. 7 is vacated.

3.	Respondents are directed to file a response to the amended petition, ECF No. 11, within 14 days. Respondents shall include with the response any and all transcripts or other documents relevant to the determination of the issues presented in the habeas application.

4.	Petitioner's reply, if any, is due on or before 7 days from the date Respondent's response is filed.

Dated:  March 17, 2026

_____

DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE