UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MEKNAT MOHAMMAD,<br>A-045-647-634,<br><br>        Petitioner,<br><br>   v.<br><br>CHRISTOPHER CHESTNUT, et. al.,<br><br>        Respondents. | No.  1:26-cv-01139-DAD-DMC-HC<br><br><br>ORDER |

Petitioner, an immigration detainee proceeding with counsel, filed an amended petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241. See ECF No. 11.

Petitioner contends he was detained on January 8, 2026. See ECF No. 11, pg. 4. On May 18, 2026, the undersigned ordered Respondents

> to show cause within fourteen (14) days of the date of this order why the undersigned should not recommend granting the petition for failure to provide Petitioner the process required by 8 C.F.R. § 241.13(i)(3) and failure to demonstrate significant likelihood of Petitioner's removal in the reasonably foreseeable future.

ECF No. 15.

The Court's order additionally provided Petitioner with seven days to respond to Respondents' filing. See id. On June 1, 2026, Respondents timely filed a response to the order to show cause, informing the Court that on May 21, 2026, Petitioner was provided the process required by 8 C.F.R. § 241.13(i)(3). See ECF No. 16. Respondents additionally request leave of

1

court to file a status update on or before June 8, 2026, to update the Court on discussions with the Iranian Embassy regarding Petitioner's removal, following a meeting scheduled for June 3, 2026. See id.

In light of Respondents' representation that the June 3, 2026, meeting with the Iranian Embassy will provide more information about the likelihood of Petitioner's removal in response to the Court's order to show cause, the undersigned will grant Respondents' request and direct Respondents to file a status update on or before June 8, 2026. Based on the prior schedule ordered in ECF No. 15, the deadline for Petitioner's response to Respondents' filing is currently June 8, 2026, and the undersigned will therefore vacate such deadline and direct Petitioner to file a response to Respondents' filing, ECF No. 16, and status update on or before June 15, 2026.

In accordance with the above, IT IS HEREBY ORDERED that:

1. Respondent is directed to file a status update on or before June 8, 2026;

2. The deadline imposed on Petitioner in ECF No. 15, is VACATED;

3. Petitioner shall file a response to Respondents' filings on or before June 15, 2026.

Dated:  June 2, 2026

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE