UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MEKNAT MOHAMMED,<br>Petitioner,<br>v.<br>WARDEN OF THE CALIFORNIA CITY DETENTION FACILITY, et al.,<br>Respondents. | No. 1:26-cv-01139-DAD-DMC (HC)<br><br><u>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND GRANTING FIRST AMENDED PETITION FOR WRIT OF HABEAS CORPUS</u><br><br>(Doc. No. 21) |

Petitioner Meknat Mohammed is a federal immigration detainee proceeding with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241. This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On June 17, 2026, the assigned magistrate judge issued findings and recommendations recommending that petitioner's first amended petition for writ of habeas corpus (Doc. No. 11) be granted. (Doc. No. 21.) Specifically, the magistrate judge found that petitioner is subject to a final removal order, that the detention authority found in 8 U.S.C. § 1231(a)(6) accordingly applies, and that respondents failed to comply with the implementing regulations of that statute in revoking petitioner's release. (*Id.* at 6–8.) The magistrate judge also found that petitioner has been detained in excess of six months, that there was no significant likelihood of petitioner's removal in the reasonably foreseeable future, and accordingly that petitioner was entitled to

release pursuant to the Supreme Court's reasoning in *Zadvydas v. Davis*, 533 U.S. 678 (2001). (*Id.* at 3–5.) The pending findings and recommendations were served on the parties and contained notice that any objections thereto were to be filed within seven (7) days after service. (*Id.* at 9.) To date, no party has filed objections and the time in which to do so has passed.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, the court concludes that the findings and recommendations are supported by the record and by proper analysis.

For the reasons above,

1. The findings and recommendations issued on June 17, 2026 (Doc. No. 12) are ADOPTED IN FULL;
2. Petitioner's first amended petition for writ of habeas corpus (Doc. No. 11) is GRANTED as follows:
    a. Respondents are ORDERED to immediately release petitioner Meknat Mohammed, A-File No. 045-647-634;
    b. Respondents are ENJOINED and RESTRAINED from re-detaining petitioner unless they provide petitioner with notice and a pre-detention hearing before an immigration judge;
3. The Clerk of the Court is directed to serve a copy of this order on the California City Detention Facility; and
4. The Clerk of the Court is also directed to ENTER judgment in favor of petitioner and close this case.

IT IS SO ORDERED.

Dated: **July 13, 2026**

Dale A. Drozd

DALE A. DROZD
UNITED STATES DISTRICT JUDGE